Evan J. Smith (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL NAGPAL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NOVELLUS SYSTEMS, INC., RICHARD S. HILL, WILLIAM R. SPIVEY, NEIL R. BONKE, YOUSSEF A. EL-MANSY, GLEN G. POSSLEY, DELBERT WHITAKER, YOSHIO NISHI, ANN D. RHOADS, KRISHNA SARASWAT, LAM RESEARCH CORPORATION and BLMS INC.<br><br>Defendants. | **NO. 12-00126 PSG**<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

TO THE CLERK:

    Plaintiff hereby Voluntarily dismisses this action

Dated: May 3, 2012                    Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:*s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Counsel for Plaintiff Nagpal*

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE